# United States District Court
for the
**Eastern District of Michigan**

U.S.A. vs. **Marrell, Sameerah**            Docket No. 22-cr-20419-01

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Devin Jackson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Sameerah Marrell, who was placed under pretrial release supervision by United States Magistrate Judge Patricia T. Morris sitting in the court at Eastern District of Michigan, on May 12, 2021, under the following conditions:

1. Report to Pretrial Services as directed.
2. Continue to actively seek employment and provide verification to Pretrial Services as directed.
3. Not apply for or enter into any loan or other credit transaction without the previous written permission of Pretrial Services.
4. Surrender any passport immediately and/or enhanced identification to Pretrial Services by May 17, 2021.
5. Do not obtain a passport, enhanced identification, and/or other international travel document.
6. Travel restricted to the Eastern District of Michigan.
7. Avoid all contact, directly or indirectly, with any victims, witnesses, or co-defendants.
8. Reside at the bond address, and any changes in residence must be pre-approved by the supervising officer.
9. Resolve all outstanding warrants as directed by Pretrial Services.

**Respectfully presenting petition for action of court and for cause as follows:**

The last noted contact between Pretrial Services and the defendant was on July 25, 2022, via phone call. On July 28, 2022, Pretrial Services reached out to the defendant via text message and received no response. On September 28, 2022, Pretrial Services attempted contact via phone call with no success.

On October 7, 2022, Pretrial Services completed a visit at the defendant's reported employment, "The Wig Cleaners" at 8120 West Nine Mile Road, Oak Park, MI, 48237. This visit was unsuccessful, as there was no running business at this location. A collateral contact was made with the owner of a neighboring business who stated they acquired the building at 8120 West Nine Mile Road, Oak Park, MI, 48237 not too long ago. They reported being unsure what the defendant's business was, as it never seemed to be completely up and running. They stated someone would come to the building

about every two months, and the building has been vacant for approximately the last six months.

On October 17, 2022, Pretrial Services requested assistance with making contact with the defendant from the defendant's counsel. The defendant's attorney stated the defendant was coming to see him on October 19, 2022, and she would be instructed to make contact with Pretrial Services right away.

On October 25, 2022, Pretrial Services spoke with the defendant's attorney who advised they have been unable to establish contact with the defendant. A call was placed to the defendant's mother who stated she has had no contact with the defendant and was unable to provide any contact information. On October 25, 2022, Pretrial Services completed a home visit at defendant's reported residence of 5560 Lane Lake Road, Bloomfield Township, MI, 48302. Pretrial Services was met outside by an unknown male who stated the defendant was not present and who refused to identify himself or provide any information regarding the defendant.

On August 10, 2022, an Information was filed charging the defendant with Title 18 U.S.C. 3147 – Committing an Offense While on Bond. Per the charging document, the defendant committed wire fraud, on or about April 20, 2022, while on bond with the Eastern District of Michigan. Additionally, the defendant failed to appear for an Arraignment on Information October 25, 2022.

An inmate custody search and LEIN were ran on October 25, 2022, which revealed the defendant has no new arrest and is not in custody. The defendant has an outstanding warrant dated November 7, 2003, out of Dekalb County, GA for Financial Transaction Card Fraud.

Pretrial Services believes the defendant's criminal behavior while on bond and failure to report as directed is indicative of an elevated risk of danger to the community and nonappearance. Therefore, Pretrial Services requests the defendant's bond be revoked and a warrant be issued for the defendant's arrest.

Assistant United States Attorney Craig Weier and defense counsel Steve Fishman have been advised of the request with no noted opposition.

**PRAYING THAT THE COURT WILL ORDER BOND REVOCATION AND THE ISSUANCE OF AN ARREST WARRANT ON BEHALF OF THIS DEFENDANT.**

ORDER OF COURT

Considered and ordered this 26th day of October, 2022 and ordered filed and made a part of the records in the above case.

*/s/ Linda V. Parker*
Linda V. Parker
United States District Court Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 26, 2022

/s/ Devin Jackson
U.S. Pretrial Services Officer

Place: Detroit, Michigan

Date: October 26, 2022